IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Landon Robert Bardsley - Floran
Lisa Marie Bardsley

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Narraguagus Jr for Highschool
The State of Maine
Donald trump president

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Lisa S Landon Bardsley
Street Address: P.O. Box 60
City and County: Harrington me Washington
State and Zip Code: 04643
Telephone Number: 413-428-1756
E-mail Address: rlaremy@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Narraguagus Jr/Sr High School
Job or Title (if known):
Street Address: 1611 Main St
City and County: Harrington Washington
State and Zip Code: ME 04643
Telephone Number: 207-483-2746
E-mail Address (if known):

Defendant No. 2

Name: The State of Maine
Job or Title (if known): Not sure.
Street Address:
City and County:

       State and Zip Code  _____

       Telephone Number  _____

       E-mail Address  _____
       (if known)

Defendant No. 3

       Name  _Donald Trump_____

       Job or Title  _President of the United States_
       (if known)

       Street Address  _Washington_____

       City and County  _____

       State and Zip Code  _Not sure_____

       Telephone Number  _____

       E-mail Address  _____
       (if known)

Defendant No. 4

       Name  _____

       Job or Title  _____
       (if known)

       Street Address  _____

       City and County  _____

       State and Zip Code  _____

       Telephone Number  _____

       E-mail Address  _____
       (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights  equal protection and due process clause
Fape Denied - federal idea education rights

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* Lisa Bardsley Landon Bardsley, is a citizen of the State of *(name)* Maine.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* Narraguagus and the State of Maine, is a citizen of the State of *(name)* President Trump. Or is a citizen of *(foreign nation)* Washington.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

upto the 75,000 in emotional stress and damages, for Landon he is the one suffering, and allowed an extra year at school for lost credits

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. I have no choice but to put a FAPE denial on all 3 defendents. as of 6/12/25 Narraguagus Jr/Sr High School can't graduate Landon as he has no workable credits, There for under the iden law, They are denying FAPE. But wait there is a twist Neither the school or the State of Maine has directly denied Landon FAPE. The State of Mass and there actions are causing Maine the fape denial. You could certainly read this and say thats a mass problem. But that dosn't stop the FAPE denial on Maine.

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

V.    **Closing**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/12, 2025

Signature of Plaintiff    *Lisa Bradley*

Printed Name of Plaintiff    *Lisa Bradley*